1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KIMBERLY M. BRIGGS (CSBN 132043)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, CA  94612
        Telephone: (510) 637-3680
7
   Attorneys for the Plaintiff
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,           )
11                                     )
                                       )  No. CR-07-00409 SBA
12                  Plaintiff,         )
                                       )  STIPULATION AND ORDER
13        v.                           )  TO CONTINUE STATUS HEARING
                                       )
14                                     )
   JOEL SANCHEZ,                       )
15                                     )
                                       )  Date: May 19, 2009
16                                     )  Time: 9:00 a..m.
                    Defendants.        )
17                                     )
   _____)
18

        THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST that the
19
   status hearing be continued from May 19, 2006 to June 16, 2009 at 9:00 a.m.
20
        It is also stipulated that the period from May 16, 2009 to June 16, 2009, shall be excluded
21
   from the calculation of time in which the trial of the above captioned matter must commence
22
   pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c).  The parties stipulate that the time is
23
   excludable from the time limitations of the Speedy Trial Act because the government has
24
   recently learned new information relating to this matter.  The new information requires
25
   investigation and the government believes that the investigation will be completed during the
26
   second week of June.  The interests of justice are served by granting a continuance. See 18

                                        1

U.S.C. § 3161(h)(7)(A) and (B)(iv).  Hence, this continuance will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. sections 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

Dated: May 18, 2009

                              /s/
KIMBERLY M. BRIGGS
Assistant United States Attorney

                              /s/
EDWARD DUREE
Attorney for Joel Sanchez

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that the request for a continuance is reasonable, and will allow the continuance.  Further, the Court concurs that the time period between May 19, 2009 and June 16, 2009 be excluded under the Speedy Trial Act.

The Court further FINDS that the time is excludable on the basis of continuity of government counsel and in the interests of justice  pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (7)(B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the status hearing in this matter shall be continued from Tuesday, May 19, 2009 at 9:00 a.m. to Tuesday, June 16, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 5/19/09

                              _____
SAUNDRA BROWN ARMSTRONG
United States District Judge