1 | JOSEPH P. RUSSONIELLO (CABN 44332)
  | United States Attorney
2 |
3 | BRIAN J. STRETCH (CABN 163973)
  | Chief, Criminal Division
4 | KAREN D. BEAUSEY  (CABN 155258)
  | Assistant United States Attorney
5 |    1301 Clay Street, Suite 340S
  |    Oakland, CA 94612
6 |    Telephone: (415) 436-6935
  |    Fax: (415) 436-6982
7 |    E-Mail: Karen.Beausey@usdoj.gov
8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-00409 SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXONERATING BOND |
| JOEL SANCHEZ, | ) | |
| Defendant. | ) | |

Good cause appearing, IT IS HEREBY ORDERED that bond executed in the above-captioned matter on July 24, 2007 is hereby exonerated.

IT IS SO ORDERED.

DATED: 4/18/11

_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT